IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>N. AGUILERA,<br><br>    Defendant. | No. 2:23-CV-1019-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil action. On June 30, 2023, the Court directed Plaintiff to resolve the fee status for this case within 30 days. As of August 18, 2023, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed for lack of prosecution. Pending before the Court is Plaintiff's motion, ECF No. 9, for an extension of time to file a motion for leave to proceed in forma pauperis. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a delay in processing Plaintiff's paperwork, Plaintiff's motion will be granted and the Court will vacate the August 18, 2023, findings and recommendations.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on August 18, 2023, are VACATED.

2. Plaintiff's motion for an extension of time, ECF No. 9, is GRANTED.

3. Plaintiff shall resolve the fee status for this case consistent with the Court's June 30, 2023, order within 30 days of the date of the date set forth below.

Dated: September 8, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE