IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>N. AGUILERA,<br><br>    Defendant. | No. 2:23-CV-1019-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil action. The Court previously directed Plaintiff to resolve the fee status for this case and upon Plaintiff's failure to do so within the time provide therefor, on November 6, 2023, the Court recommended the action be dismissed for lack of prosecution. See ECF Nos. 11 and 12. Subsequently, Plaintiff filed motions for reconsideration, ECF Nos. 13 and 15, along with a completed application to proceed in forma pauperis, ECF No. 14. Good cause appearing therefor, the November 6, 2023, findings and recommendations will be vacated and Plaintiff will be granted leave to proceed in forma pauperis by separate order.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for reconsideration, ECF Nos. 13 and 15, are GRANTED.

2. The findings and recommendations issued on November 6, 2023, ECF No. 12, are VACATED.

Dated: January 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE