IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCHE HARRISON,** <br><br> Plaintiff, <br><br> v. <br><br> **N. AGUILERA,** <br><br> Defendant. | Case No. 2:23-cv-01019-KJM-DMC-P <br><br> **ORDER** |

Defendant Dr. N. Aguilera moves the Court for an Order permitting the parties to opt out of the early settlement conference ordered in ECF No. 25. The Court has considered the request and finds that good cause exists to grant the motion.

**IT IS HEREBY ORDERED** that Defendant's motion to opt out of the Court's Post-Screening Early Alternative Dispute Resolution, ECF No. 26, is **GRANTED** and the stay of proceedings issued on May 8, 2024, is **LIFTED**.

Dated:  June 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE