# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>N. AGUILERA,<br><br>    Defendant. | No. 2:23-CV-1019-KJM-DMC-P<br><br><br>ORDER |

Plaintiff Christopher Elliot, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to opt-out of the Court's Early Alternative Dispute Resolution Program. See ECF No. 29. Plaintiff's motion is DENIED as unnecessary because the Court has already removed the case from the Court's Early Alternative Dispute Resolution Program and set a schedule. See ECF Nos. 27 and 28.

IT IS SO ORDERED.

Dated: August 20, 2024

                                                 DENNIS M. COTA
                                                 UNITED STATES MAGISTRATE JUDGE