IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCHE HARRISON,**<br><br>Plaintiff,<br><br>**v.**<br><br>**N. AGUILERA,**<br><br>Defendant. | Case No. 2:23-cv-1019-KJM-DMC-P<br><br>**ORDER** |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Defendant seeks an extension of the deadline for filing dispositive motions.

Defendants' counsel cites the press of other work as the bases for the motion.

Good cause appearing, IT IS HEREBY ORDERED that

1. Defendant's motion for an extension of time is granted.

2. The dispositive motion deadline is extended to July 24, 2025.

3. In all other respects, the June 14, 2024 scheduling order is unchanged.

**Dated:  July 14, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1