IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>N. AGUILERA,<br><br>    Defendant. | No. 2:23-CV-1019-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a 60-day extension of time to file an opposition to Defendant's motion for summary judgment. See ECF No. 37. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent placement in administrative segregation as well as limited law library access, Plaintiff's motion will be granted in part.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a 60-day extension of time, ECF No. 37, is granted in part.

2. Plaintiff's opposition to Defendant's motion for summary judgment is due within 30 days of the date of this order.

Dated:  September 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE