IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHE HARRISON,

        Plaintiff,

    v.

N. AGUILERA,

        Defendant.

No.  2:23-CV-1019-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's objections to the Court's February 11, 2026, findings and recommendations, see ECF No. 47; and (2) Plaintiff's motion to re-open discovery, see ECF No. 45.

On February 11, 2026, the Court issued findings and recommendations addressing Defendant's unopposed motion for summary judgment.  See ECF No. 44.  The undersigned recommended that the motion be granted.  See id.  In his objections, Plaintiff argues that he was unable to file an opposition to the motion due to circumstances beyond his control.  See ECF No. 47.  Specifically, Plaintiff states that, during the time the motion for summary judgment was pending, he lost motor movement in his right hand.  See id.  In his motion to re-open discovery, Plaintiff asks the Court to permit additional discovery and time to oppose Defendant's motion for summary judgment.  See ECF No. 45.

1

Good cause appearing therefor based on Plaintiff's declaration of loss of mobility of his right hand during the time Defendant's motion for summary judgment was pending, the Court will vacate the February 11, 2026, findings and recommendations and re-open briefing on Defendant's motion. The Court will, however, not re-open discovery because Plaintiff's request, filed on February 23, 2026, was submitted after the deadline set forth in the June 14, 2024, discovery and scheduling order which permitted the parties to conduct discovery through February 10, 2025.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on February 11, 2026, are VACATED.

2. Briefing on Defendant's motion for summary judgment, ECF No. 35, is re-opened.

3. Plaintiff's opposition to Defendant's motion for summary judgment is due within 30 days of the date of this order.

4. Defendant's optional reply brief is due within 21 days after service of Plaintiff's opposition.

5. Plaintiff's motion to re-open discovery, ECF No. 45, is DENIED.

Dated: April 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2